1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA - FRESNO

10

11 | Lacey Vieselmeyer,                       )    CASE NO. 1:10-cv-01915-AWI-DLB
                                              )
12 |               Plaintiff,                 )
                                              )    **ORDER GRANTING STIPULATION RE**
13 |      vs.                                 )    **DISMISSAL OF ENTIRE ACTION AND**
                                              )    **ALL PARTIES, WITH PREJUDICE**
14 | Collection Company of America; and       )
    | DOES 1-10, inclusive,                   )
15 |                                          )
    |               Defendant.                )
16 |                                          )
                                              )
17                                            )
                                              )
18                                            )

19     The Court has reviewed the Stipulation of Defendant COLLECTO, INC. d/b/a EOS CCA

20 f/k/a COLLECTION COMPANY OF AMERICA ("Defendant"), by and through its respective

21 counsel of record, Robert D. Berglund, and by Plaintiff LACEY VIESELMEYER ("Plaintiff"), by

22 and through her respective counsel of record, Lara R. Shapiro, to dismiss the above-entitled action,

23 with prejudice, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as

24 follows:

25 / / /
26 / / /
27 / / /
28 / / /

                                              1
06523.00/175075                                              ORDER GRANTING STIPULATION RE DISMISSAL

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

IT IS SO ORDERED.

Dated:   June 7, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE